ant, Respondent, v. MOUNT CARMEL CEMETERY ASSOCIATION, Appellant.— Motion to resettle order denied. Present — Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ.

JAMES TOOMAN, Respondent, v. GEORGE V. O'NEILL and Others, Defendants. CHARLES SHANKROFF, Appellant.— Motion to open default denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

FRANK E. WALKER, as Secretary and Director of the AMES FURNITURE Co., INC., Respondent, v. LOUIS R. GANS and AMES FURNITURE Co., INC., Appellants. — Motion for stay denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty. JJ.

HARRY ZALKIN, Appellant, v. JOSEPH FYBUSH and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY ZALKIN, Appellant, v. JOSEPH FYBUSH and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY ZALKIN, Appellant, v. JARVIS LANE GARDENS, INC., and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY ZALKIN, Appellant, v. JARVIS LANE GARDENS, INC., and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY ZALKIN, Appellant, v. HENRY W. LANDOLT and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY ZALKIN, Appellant, v. HENRY W. LANDOLT and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY ZALKIN, Appellant, v. LEA LIPPMANN, etc., and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY ZALKIN, Appellant, v. LEA LIPPMANN, etc., and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY ZALKIN, Appellant, v. SUNSHINE SALES CORPORATION and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Kapper and Hagarty, JJ.

HARRY ZALKIN, Appellant, v. SUNSHINE SALES CORPORATION and Others, Defendants. MORRIS KRIM and MAX KRIMSKY, Respondents.— Motion for